

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. 0530-15 & 0531-15

**KENNETH PAUL LAWRENCE, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### COLLIN COUNTY

PER CURIAM. KEASLER and HERVEY JJ., dissent.

### ORDER

The petition for discretionary review violates Rules of Appellate Procedure

68.4(j), and 9.4(i)(2)(D), because it does not contain a copy of the opinion of the court of

appeals, and the petition exceeds the proper page limit.

The petition is struck. See Texas Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must

be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: June 17, 2015
Do Not Publish